

# Wachtell, Lipton, Rosen & Katz

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | DAVID C. KARP | 51 WEST 52ND STREET | BENJAMIN M. ROTH | JOHN R. SOBOLEWSKI |
| HERBERT M. WACHTELL | RICHARD K. KIM | NEW YORK, N.Y. 10019-6150 | JOSHUA A. FELTMAN | STEVEN WINTER |
| THEODORE N. MIRVIS | JOSHUA R. CAMMAKER | | ELAINE P. GOLIN | EMILY D. JOHNSON |
| EDWARD D. HERLIHY | MARK GORDON | TELEPHONE: (212) 403-1000 | EMIL A. KLEINHAUS | JACOB A. KLING |
| DANIEL A. NEFF | JEANNEMARIE O'BRIEN | FACSIMILE: (212) 403-2000 | KARESSA L. CAIN | RAAJ S. NARAYAN |
| ANDREW R. BROWNSTEIN | WAYNE M. CARLIN | | RONALD C. CHEN | VIKTOR SAPEZHNIKOV |
| STEVEN A. ROSENBLUM | STEPHEN R. DiPRIMA | GEORGE A. KATZ (1965-1989) | BRADLEY R. WILSON | MICHAEL J. SCHOBEL |
| JOHN F. SAVARESE | NICHOLAS G. DEMMO | JAMES H. FOGELSON (1967-1991) | GRAHAM W. MELI | ELINA TETELBAUM |
| SCOTT K. CHARLES | IGOR KIRMAN | LEONARD M. ROSEN (1965-2014) | GREGORY E. PESSIN | ERICA E. BONNETT |
| JODI J. SCHWARTZ | JONATHAN M. MOSES | | CARRIE M. REILLY | LAUREN M. KOFKE |
| ADAM O. EMMERICH | T. EIKO STANGE | OF COUNSEL | MARK F. VEBLEN | ZACHARY S. PODOLSKY |
| RALPH M. LEVENE | WILLIAM SAVITT | | SARAH K. EDDY | RACHEL B. REISBERG |
| RICHARD G. MASON | GREGORY E. OSTLING | MICHAEL H. BYOWITZ — ERIC M. ROSOF | VICTOR GOLDFELD | MARK A. STAGLIANO |
| ROBIN PANOVKA | DAVID B. ANDERS | KENNETH B. FORREST — ERIC M. ROTH | RANDALL W. JACKSON | CYNTHIA FERNANDEZ LUMERMANN |
| DAVID A. KATZ | ADAM J. SHAPIRO | SELWYN B. GOLDBERG — PAUL K. ROWE | BRANDON C. PRICE | CHRISTINA C. MA |
| ILENE KNABLE GOTTS | NELSON O. FITTS | PETER C. HEIN — DAVID A. SCHWARTZ | KEVIN S. SCHWARTZ | NOAH B. YAVITZ |
| JEFFREY M. WINTNER | JOSHUA M. HOLMES | JB KELLY — MICHAEL J. SEGAL | MICHAEL S. BENN | BENJAMIN S. ARFA |
| TREVOR S. NORWITZ | DAVID E. SHAPIRO | MEYER G. KOPLOW — DAVID M. SILK | ALISON ZIESKE PREISS | NATHANIEL D. CULLERTON |
| BEN M. GERMANA | DAMIAN G. DIDDEN | JOSEPH D. LARSON — ROSEMARY SPAZIANI | TIJANA J. DVORNIC | ERIC M. FEINSTEIN |
| ANDREW J. NUSSBAUM | IAN BOCZKO | LAWRENCE S. MAKOW — ELLIOTT V. STEIN | JENNA E. LEVINE | ADAM L. GOODMAN |
| RACHELLE SILVERBERG | MATTHEW M. GUEST | DOUGLAS K. MAYER — WARREN R. STERN | RYAN A. McLEOD | |
| STEVEN A. COHEN | DAVID E. KAHAN | PHILIP MINDLIN — LEO E. STRINE, JR.* | ANITHA REDDY | |
| DEBORAH L. PAUL | DAVID K. LAM | DAVID S. NEILL — PAUL VIZCARRONDO, JR. | JOHN L. ROBINSON | |
| | | HAROLD S. NOVIKOFF — PATRICIA A. VLAHAKIS | | |
| | | LAWRENCE B. PEDOWITZ — AMY R. WOLF | | |
| | | ERIC S. ROBINSON — MARC WOLINSKY | | |

\* ADMITTED IN DELAWARE

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | ANGELA K. HERRING |
| SUMITA AHUJA | MARK A. KOENIG |
| LOUIS J. BARASH | CARMEN X.W. LU |
| FRANCO CASTELLI | J. AUSTIN LYONS |
| ANDREW J.H. CHEUNG | ALICIA C. McCARTHY |
| SWIFT S.O. EDGAR | JUSTIN R. ORR |
| PAMELA EHRENKRANZ | NEIL M. SNYDER |
| KATHRYN GETTLES-ATWA | JEFFREY A. WATIKER |
| ADAM M. GOGOLAK | |

Direct Dial: (212) 403-1329
Direct Fax: (212) 403-2329
E-Mail: WDSavitt@wlrk.com

November 2, 2023

<u>By ECF</u>

The Honorable Jed S. Rakoff
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1340
New York, NY 10007

      Re:    *CRCM Institutional Master Fund (BVI) Ltd.* v. *Getty Images Holdings, Inc.*, 1:23-cv-01074-JSR (S.D.N.Y.)

Dear Judge Rakoff:

      We are counsel to plaintiffs CRCM Institutional Master Fund (BVI) Ltd. and CRCM SPAC Opportunity Fund LP (together, "CRCM") and provide this submission, pursuant to the Court's October 26, 2023 Opinion and Order (Dkt. 51), to state the amount of damages incurred by CRCM on August 22, 2022 and August 23, 2022, respectively.

Wachtell, Lipton, Rosen & Katz

Hon. Jed S. Rakoff
November 2, 2023
Page 2

As set forth in Exhibit A enclosed herewith, CRCM incurred $50,967,348[1] in damages as a result of Getty Images' breach of the Warrant Agreement. This amount consists of $50,284,826 in damages incurred on August 22, 2023, for warrants acquired by CRCM before that date, and $682,522 in damages incurred on August 23, 2022, for warrants acquired by CRCM on that date.

Respectfully,

William Savitt

*Enclosure*

cc: Counsel of Record

---

[1] In his expert report, Professor Ferrell rounded this figure to $51.0 million. Ferrell Report (Dkt. 35-48), at 10, Table 1.

# Exhibit A
# Damages to CRCM
# Damages Accrued on August 22, 2022 and August 23, 2022

|  |  | Accrued on August 22, 2022 [A] | Accrued on August 23, 2022 [B] | Total [C] = [A] + [B] |
|---|---|---|---|---|
| Public Warrants | [D] | 2,965,141 | 45,623 | 3,010,764 |
| Getty Average Market Price | [E] | $28.98 | $27.43 |  |
| Public Warrant Strike Price | [F] | $11.50 | $11.50 |  |
| CRCM Average Purchase Price | [G] | $1.02 | $1.05 |  |
| CRCM Lost Value | [H]= [D] * ([E]-[F]-[G]) | $48,787,889 | $678,831 | $49,466,721 |
| CRCM Actual Out-of-Pocket Loss | [I] | $1,496,937 | $3,690 | $1,500,627 |
| **Total Damages to CRCM** | **[J]= [H]+[I]** | **$50,284,826** | **$682,522** | **$50,967,348** |

[D]: Ferrell Report (Dkt. 35-48), at Ex. 3.

[E]: Prices reflect the average of the high and low Getty Images common stock prices on August 22, 2022 and August 23, 2022. Dkt. 35-13.

[F]: Warrant Agreement (Dkt. 35-1), at § 3.1.

[G]: CRCM's weighted average purchase price for warrants purchased on or before August 22, 2022 and on August 23, 2022, respectively. Ferrell Report (Dkt. 35-48), at Ex. 3.

[I]: CRCM's out-of-pocket losses on warrants purchased on or before August 22, 2022 and on August 23, 2022, respectively. Ferrell Report (Dkt. 35-48), at Ex. 3.