UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRCM INSTITUTIONAL MASTER FUND (BVI) LTD., and CRCM SPAC OPPORTUNITY FUND LP,<br><br>　　　　Plaintiffs,<br><br>　　-against-<br><br>GETTY IMAGES HOLDINGS, INC.,<br><br>　　　　Defendant. | 23-cv-1074 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

　　On October 26, 2023, the Court issued an Opinion and Order granting summary judgment for plaintiffs CRCM Institutional Master Fund (BVI) Ltd. and CRCM SPAC Opportunity Fund LP (collectively, "CRCM") on Count I of CRCM's Amended Complaint. ECF No. 51. In that Opinion and Order, the Court directed CRCM to file a supplemental submission stating how much of its damages accrued on August 22, 2022, and how much accrued on August 23, 2022, for an accurate calculation of prejudgment interest. Id. at 26 n.12. CRCM filed that submission on November 2, 2023, showing that CRCM incurred $50,284,826 in damages on August 22 and $682,522 in damages on August 23. ECF No. 52. Accordingly, for the reasons stated in the Court's October 26 Opinion and Order, defendant Getty Images Holdings, Inc., is liable to CRCM for $50,967,348 in

damages,[1] plus prejudgment interest of 9% per annum to be calculated by the Clerk of Court. Prejudgment interest begins accruing on August 22, 2022 for $50,284,826 of those damages and on August 23, 2022 for $682,522 of those damages. The Court respectfully directs the Clerk to enter final judgment and close this case.

SO ORDERED.

New York, NY
November 6, 2023

JED S. RAKOFF, U.S.D.J.

---

[1] CRCM's summary judgment papers had "rounded this figure to $51.0 million." ECF No. 52, at 2 n.1. Although a difference of $33,000 may not seem like much in the context of a $51 million judgment, the Court expresses its disappointment at such imprecision, which no party raised before this filing.