UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CRCM INSTITUTIONAL MASTER FUND (BVI) LTD.,
And CRCM SPAC OPPORTUNITY FUND LP,

                         Plaintiffs,                      23 **CIVIL** 1074 (JSR)

       -against-                                **JUDGMENT**

GETTY IMAGES HOLDINGS, INC.,

                         Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 26, 2023, and the Order dated November 6, 2023, defendant Getty Images Holdings, Inc., is liable to CRCM for $50,967,348 in damages, plus prejudgment interest of 9% per annum to be calculated by the Clerk of Court. Prejudgment interest begins accruing on August 22, 2022 for $50,284,826 of those damages totaling to $5,467,958.20 in interest, and on August 23, 2022 for $682,522 of those damages totaling to $74,048.96 in interest. Accordingly, the case is closed.

**Dated:**  New York, New York
          November 6, 2023

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court

                                 **BY:** _____
                                                    **Deputy Clerk**