**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CRCM INSTITUTIONAL MASTER FUND (BVI) LTD. and CRCM SPAC OPPORTUNITY FUND LP,<br><br>             Plaintiffs,<br><br>v.<br><br><br>GETTY IMAGES HOLDINGS, INC.<br><br>             Defendant. | Case No.1:23-cv-01074-JSR<br><br>Hon. Jed S. Rakoff |

## [PROPOSED] ORDER FOR RELEASE OF BOND

WHEREAS, on November 21, 2023, in conjunction with the above-captioned case, Defendant Getty Images Holdings, Inc., posted Supersedeas Bond # CMS0350515, 30198833 (ECF No. 55), in the amount of $62,725,384.23;

WHEREAS, on May 6, 2026, Plaintiffs CRCM Institutional Master Fund (BVI) Ltd. and CRCM SPAC Opportunity Fund LP filed a Satisfaction of Judgment (ECF No. 62);

THEREFORE, it is hereby Ordered that the Clerk of the Court is authorized to direct the release of Supersedeas Bond # CMS0350515, 30198833 (ECF No. 55).

SO ORDERED:

Dated: New York, New York
      May 8, 2026

_____
Honorable Jed S. Rakoff